157 A.3d 818

**MATTHEWS, Elroy, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 630, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2093, Sept. Term, 2015).

Petition for writ of certiorari dismissed

■

157 A.3d 818

**MOMENT, Michael**

v.

**STATE of Maryland**

**Pet. Docket No. 637, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Pending in the Court of Special Appeals (No. 1184, Sept. Term, 2016).

Petition for writ of certiorari denied